```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  M.D,                                          :
                              Plaintiff,        :
                                                :
             -against-                          :      21 Civ. 9180 (LGS)
                                                :
                                                :            ORDER
  NEW YORK CITY DEPARTMENT OF                   :
  EDUCATION,                                    :
                              Defendant.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a Complaint on November 5, 2021.  Defendant filed its Answer on March 11, 2022.  It is hereby

**ORDERED** that by **March 28, 2022**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] if the parties agree to conduct all further proceedings before Judge Parker, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.  It is further

**ORDERED** that by **April 4, 2022**, Plaintiff shall file a motion for summary judgment with a memorandum of law not to exceed twenty (20) pages.  By **April 25, 2022**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed thirty (30) pages.  By **May 9, 2022**, Plaintiff shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed twenty (20) pages. By **May 23, 2022**, Defendant shall file a reply in support of the cross-motion for summary judgment if any, not to exceed ten (10) pages.  Notwithstanding these aforementioned page limits, each party has discretion over

---

[1] The form is available at
https://nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.

how to allocate its respective 40 pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total. It is further

    **ORDERED** that the parties shall Bates-stamp the administrative record (the "Record") such that each page has a unique Bates number. If the record is voluminous, the parties shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload the Record. If the parties believe that the Record should be filed under seal, they shall simultaneously file a motion to seal per the Individual Rules. It is further

    **ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a <u>joint</u> statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, **by the time that the first brief is due**. The parties shall indicate any disputed facts clearly in the Joint Statement. It is further

    **ORDERED** that, within two days of the cross-motions being fully briefed, the parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement. Except as provided here, the parties shall follow the Individual Rules on motions, exhibits and courtesy copies.

    If the parties consent to Judge Parker's jurisdiction, they shall make application to her for any extensions or modifications to the above, and shall seek alternate instructions on delivering electronic copies of the record and the Joint Statement and physical courtesy copies to her Chambers.

Dated: March 14, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE