UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.D., individually and on behalf of Mam. D.
and Mar. D.,

                              Plaintiff,                                21 **CIVIL** 9180 (LGS)

           -against-                                    **JUDGMENT**
                                                        **For Attorneys' Fees and Costs**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated April 4, 2023, and the Court's Opinion & Order dated March 17, 2023, the Report is adopted in full. Plaintiff is granted attorneys' fees in the amount of $35,247.63 and costs in the amount of $760.17, for a total of $36,007.80, plus post-judgment interest calculated at the applicable statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
          April 17, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                               **Clerk of Court**

                            **BY:**       *K. Mango*

                                                               _____
                                                               **Deputy Clerk**