UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
M.D., individually and on behalf of Mam. D.
and Mar. D.,

                Plaintiff,                    21 **CIVIL** 9180 (LGS)

      -against-                             **JUDGMENT**
                                         **For Attorneys' Fees and Costs**
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 6, 2023, the Court's Memo Endorsed Order April 4, 2023, and the Court's Opinion & Order dated March 17, 2023, the Report is adopted in full. Plaintiff is granted attorneys' fees in the amount of $35,247.63 and costs in the amount of $760.17, for a total of $36,007.80, plus post-judgment interest calculated at the applicable statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
          July 13, 2023

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                         **BY:**

                                                              **Deputy Clerk**